I own artworks painted by the appellant (`A News Vendor in London'; `A View of Toledo, Spain'; and `Spanish Peasant Leading A Donkey'); and I own ceramics created by the appellant. I purchased them at Eufaula, Alabama, art shows many years ago. I have great respect for Robert Larry Godwin as an artist and as an individual. I regret that he does not now have respect for the profession of which I am a member. I have meticulously and sensitively studied the briefs and searched the record; I feel assured that Mr. Godwin received all the process he was due under the Constitutions of the United States and the State of Alabama and the laws of Alabama. I have attached to this special concurrence, as Appendixes A, B, C, D, and E, copies of four handdrawn ink prints by Robert Larry Godwin; these copies were incorporated in Mr. Godwin's brief. They clearly demonstrate his disdain for my profession. I disagree with his beliefs; however, I will do all in my power to assure that he has the freedom to express his beliefs. *Page 1017 
[EDITORS' NOTE: THE ILLUSTRATION IS ELECTRONICALLY NON-TRANSFERRABLE.] *Page 1018 
[EDITORS' NOTE: THE ILLUSTRATION IS ELECTRONICALLY NON-TRANSFERRABLE.] *Page 1019 
[EDITORS' NOTE: THE ILLUSTRATION IS ELECTRONICALLY NON-TRANSFERRABLE.] *Page 1020 
[EDITORS' NOTE: THE ILLUSTRATION IS ELECTRONICALLY NON-TRANSFERRABLE.] *Page 1021 
[EDITORS' NOTE: THE ILLUSTRATION IS ELECTRONICALLY NON-TRANSFERRABLE.] *Page 1022